UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18-cr-41-J-25PDB
 18 U.S.C. § 2320(a)

WILLIAM CARL KLEYLA

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about January 2016, continuing through on or about November 2016, in Duval County, in the Middle District of Florida, in California, and elsewhere, the defendant,

WILLIAM CARL KLEYLA,

did knowingly and intentionally traffic and attempt to traffic in counterfeit goods, that is Nike sportswear, and did knowingly use counterfeit marks on and in connection with such goods, which counterfeit marks were identical and substantially indistinguishable from genuine marks that were in use and registered for those goods on the principal register in the United States Patent and

Trademark Office, and the use of which counterfeit marks were likely to cause confusion, to cause mistake, and to deceive.

In violation of 18 U.S.C. § 2320(a).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2323.

2. Upon conviction of a conspiracy of the violation of 18 U.S.C. § 2320(a), the defendant, WILLIAM CARL KLEYLA, shall forfeit to the United States, pursuant to 198 U.S.C. § 2323, any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense; and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2323(b).

A TRUE BILL,

*/s/ Lynn Paar*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Jay Taylor
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34  
2/28/18 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM CARL KLEYLA

## INDICTMENT

Violations:   18 U.S.C. § 2320(a)

A true bill,

_____  
Foreperson

Filed in open court this _1st_ day

of March, 2018.

_____  
Clerk

Bail   $_____

GPO 863 525